# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,

vs.

R. HEALER, et al.,

    Defendants.

Case No. 3:13-cv-00418-RCJ-VPC

**ORDER**

The court dismissed this action because plaintiff commenced it without paying the filing fee or submitting an application to proceed in forma pauperis. Order (#3). Plaintiff has submitted an application to seek leave to file (#5), which is irrelevant because it does not address the reason why the court dismissed the action.

IT IS THEREFORE ORDERED that plaintiff's application to seek leave to file (#5) is **DENIED**.

Dated: April 15, 2014.

                                                         ROBERT C. JONES
                                                         United States District Judge